UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


CAMDEN OFFICE:

JUDGE RENÉE MARIE BUMB

COURT REPORTER:  TED FORMAROLI,
LISA MARCUS AND KAREN
FRIEDLANDER

DATE OF PROCEEDINGS
January 26, 2017

Docket #  14-cv-4215(RMB/JS)

TITLE OF CASE:
ROBERT BRADEN
              Plaintiff(s)
        v.
LOCKHEED MARTIN CORPORATION
              Defendant(s)

APPEARANCES:
Rahul Munshi, Esquire and Emily R. Derstine Friesen, Esquire for plaintiff
Anjanette Cabrera, Esquire, Tamika R. Nordstrom, Esquire, Michael Gaston-Bell, Esquire and
Rodrick D. Holmes, Esquire for defendant

NATURE OF PROCEEDINGS: JURY TRIAL
Trial w/jury continued before the Honorable Renée Marie Bumb.
Out of the presence of the jury.
Stipulation between the parties read into the record.
Hearing on motion for judgment as a matter of law under Rule 50(b) by defendant.
Hearing on motion for judgment as a matter of law under Rule 50(a) by plaintiff.
Ordered motions denied.
Charge Conference continued.
Jury Returns.
Defendant Rests.
All Sides Rest.
Rahul Munshi, Esquire sums for Plaintiff.
Rodrick D. Holmes, Esquire sums for Defendant.
Rahul Munshi, Esquire sums for Plaintiff on Rebuttal.
Ordered jury served lunch at Government expense.
Charge by the Court.
Ordered CSO sworn; CSO Carmen Ruiz sworn.
Jury begins deliberations at 2:13 p.m.
Jury returns from deliberations at 4:37 p.m.
Verdict: in favor for plaintiff in the amount of $520,000.00 for lost wages and benefits. In favor of
plaintiff in the amount of $520,000.00 for emotional distress.

Trial w/jury continued before the Honorable Renée Marie Bumb for punitive damages.
Robert Braden sworn for plaintiff.
Plaintiff Rest.
Defendant Rest.

All Sides Rests.

Rahul Munshi, Esquire sums for Plaintiff on punitive damages.

Tamika R. Nordstrom, Esquire sums for Defendant on punitive damages.

Charge by the Court on punitive damages..

Jury begins deliberations at 5:27 p.m. on punitive damages.

Jury returns from deliberations at 6:14 p.m. on the punitive damages.

Verdict: in favor for plaintiff in the amount of $50,000,000.00 for punitive damages.

Ordered jury discharged; jury discharged.

Ordered exhibits returned to counsel; exhibits returned to counsel.

Ordered plaintiff to submit a judgment within 5 days.

Trial adjourned at 6:20 pm.

Time commenced: 8:30 a.m.                    Time Adjourned: 6:20 p.m.

                                             Total Time: 9 Hours

                                             s/ *Arthur Roney*
                                             DEPUTY CLERK

cc: Chambers