UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROBERT BRADEN,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant. | Civil No. 14-4215 (RMB/JS) |

### VERDICT SHEET

Your verdict must represent the considered judgment of each juror.  For you as a jury to return a verdict, each juror must agree to the verdict.  Your verdict must be unanimous.

1.  Do you find that Plaintiff, Robert Braden, has proven by a preponderance of the evidence that Defendant, Lockheed Martin Corporation, violated the Age Discrimination in Employment Act and the New Jersey Law Against Discrimination when it laid him off?

    YES  *YES*                              NO  _____

**If you answered "YES" to this Question, please proceed to Question 2.**
**If you answered "NO" to this question, please cease your deliberations and have the foreperson sign and date this form.**

2. What amount do you award to Mr. Braden to compensate him for lost wages and benefits?

$ 520,000

**Proceed to Question 3.**

3. What amount do you award to Mr. Braden to compensate him for emotional distress?

$ 520,000

**Proceed to Question 4.**

4. Do you find that Mr. Braden has proven by a preponderance of the evidence that Lockheed Martin Corporation's conduct was willful?

YES ___YES___          NO _____

SO SAY WE ALL THIS ___26th___ day of January, 2017

_____
FOREPERSON