UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ROBERT BRADEN,

    Plaintiff,

    v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

Civil No. 14-4215 (RMB/JS)

## VERDICT SHEET

Your verdict must represent the considered judgment of each juror. For you as a jury to return a verdict, each juror must agree to the verdict. Your verdict must be unanimous.

1. Do you award punitive damages in this case to Plaintiff Robert Braden?

YES __YES__          NO _____

**If you answered "YES" to Question 1, proceed to Question 2;**

**If you answered "NO" to Question 1, cease your deliberations and have the foreperson sign and date the bottom of this Verdict Sheet.**

2. In what amount do you award punitive damages to Plaintiff Robert Braden?

$ _50 MILLION_

**Please have the Foreperson sign and date the bottom of this Verdict Sheet.**

SO SAY WE ALL THIS __26th__ day of January, 2017

_____
FOREPERSON