IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BRADEN, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 14-4215-RMB-JS |
| v. | : |
| LOCKHEED MARTIN CORPORATION | : |
| Defendant. | : |

### ~~[PROPOSED]~~ JUDGMENT AND ORDER

AND NOW, this 6th day of February, 2017, in accordance with the jury's verdict rendered on January 26, 2017, it is hereby **ORDERED** that judgment is entered in favor of Plaintiff, Robert Braden, and against Defendant, Lockheed Martin Corporation, in the amount of $51,564,212.00, comprised as follows:

1. $520,000.00 for lost wages and benefits;
2. $520,000.00 for liquidated damages;
3. $520,000.00 for emotional distress;
4. $50,000,000.00 for punitive damages; and
5. $4,212.00 in prejudgment interest.

BY THE COURT:

Renée Marie Bumb
United States District Judge