[Dkt. No. 114]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

ROBERT BRADEN,

        Plaintiff,

    v.

LOCKHEED MARTIN CORP.,

        Defendant.

Civil No. 14-4215(RMB/JS)

**ORDER**

THIS MATTER having come before the Court upon Defendant Lockheed Martin Corporation's ("Lockheed") Motion for Judgment as a Matter of Law or New Trial or Remittitur [Dkt. No. 114]; and having considered the parties' briefing; and for the reasons set forth in the accompanying Opinion issued on this date;

IT IS HEREBY on this **18th** day of **December, 2017**;

**ORDERED** that Defendant's Motion for Judgment as a matter of law on the issue of liability under the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 621, et seq. ("ADEA"), and the New Jersey Law Against Discrimination, N.J.S.A. § 10:5-1, et seq. (the "NJLAD") is **DENIED**; and

IT IS FURTHER **ORDERED** that Defendant's Motion for Judgment as a matter of law on the issue of punitive damages under the NJLAD is **DENIED**; and

IT IS FURTHER **ORDERED** that Defendant's Motion for a New Trial on the issue of liability under the ADEA and the NJLAD is **DENIED**; and

IT IS FURTHER **ORDERED** that Defendant's Motion for Remittitur of emotional distress damages under the NJLAD is **DENIED**; and

IT IS FURTHER **ORDERED** that Defendant's Motion for a New Trial on the issue of punitive damages under the NJLAD is **GRANTED**; the jury's award of punitive damages shall be **VACATED**; and a new trial shall be held on this issue alone on February 6, 2018.

_s/_Renee Marie Bumb
RENÉE MARIE BUMB
United States District Judge