# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BRADEN,  :<br>  :<br>    Plaintiff,  :<br>  v.  :<br>  :<br>LOCKHEED MARTIN  :<br>CORPORATION,  :<br>  :<br>    Defendant.  :<br>  : | CIVIL ACTION NO.<br>14-4215-RMB-JS |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal with prejudice of Robert Braden's claims, with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

Dated:  March 28, 2018         BY:   */s/ Stephen G. Console, Esq.*
                                     Stephen G. Console, Esq.
                                     Laura C. Mattiacci, Esq.
                                     Rahul Munshi, Esq.
                                     Susan Saint-Antoine, Esq.
                                     Emily Derstine Friesen, Esq.
                                     CONSOLE MATTIACCI LAW, LLC
                                     110 Marter Avenue, Suite 502
                                     Moorestown, NJ 08057
                                     Tel:  (856) 854-4000

                                     *Attorneys for Plaintiff, Robert Braden*

2

BY: */s/ Anjanette Cabrera, Esq.*
Anjanette Cabrera (NJ Bar No. 038672000)
Tamika R. Nordstrom (*pro hac vice*)
CONSTANGY, BROOKS, SMITH, & PROPHETE, LLP
620 Eighth Avenue, 38th Floor
New York, NY 10018
Tel: (646) 341-6530

Joseph G. Petrosinelli (*pro hac vice*)
A. Joshua Podoll (*pro hac vice*)
Janine M. Pierson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Tel: (202) 434-5000

*Attorneys for Defendant, Lockheed Martin Corporation*