## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-1069 & 18-1205

Robert Braden v. Lockheed Martin Corp

(Originating Court No. 1-14-cv-04215)

### O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
 Clerk

Date: April 3, 2018

kr/cc:  Michael S. Burkhardt, Esq.
        Anjanette Cabrera, Esq.
        Allyson N. Ho, Esq.
        Michael E. Kenneally, Esq.
        Susan M. Saint-Antoine, Esq.
        Kannon K. Shanmugam, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate