Stephen G. Console, Esq.
Laura C. Mattiacci, Esq.
Rahul Munshi, Esq.
Susan Saint-Antoine, Esq.
Emily Derstine Friesen, Esq.
CONSOLE MATTIACCI LAW, LLC
110 Marter Avenue, Suite 502
Moorestown, NJ 08057
Tel: (856) 854-4000
*Attorneys for Plaintiff, Robert Braden*

United States District Court
for the District of New Jersey

|  |  |
|---|---|
| ROBERT BRADEN, | DOCKET NO. 14-4215-RMB-JS |
|  | JUDGMENT NO. CV-004215-2014 |
| Plaintiff, |  |
| v. | **WARRANT TO SATISFY JUDGMENT** |
| LOCKHEED MARTIN CORPORATION, |  |
| Defendant. |  |

**TO:** The Clerk of the United States District Court of New Jersey and, if necessary, the Clerk of the Superior Court of New Jersey

**WHEREAS**, judgment was obtained in the United States District Court for the District of New Jersey by Robert Braden, against the Lockheed Martin Corporation, in the United States District Court for the District of New Jersey, for an aggregate sum of $51,564,212.00 in the above entitled matter; which judgment is duly recorded or docketed in the United States District Court (and if applicable, the New Jersey Superior Court) under Docket Number **CV-004215-2014**; and

**WHEREAS**, the said plaintiff has received satisfaction for the same, and this action has been dismissed by stipulation of the parties thereto filed with the Court, and therefore, you are hereby directed and authorized to enter this acknowledgment of satisfaction on the record of the said judgment, and for your doing so shall be your sufficient warrant and discharge in that behalf.

38252-008: 811442.1

CONSOLE MATTIACCI LAW, LLC
Attorneys for Plaintiff

Dated: 10/31/18                     By: _____

### CERTIFICATION

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

CONSOLE MATTIACCI LAW, LLC
Attorneys for Plaintiff

Date: 10/31/18                      By: _____

38252-008: 811442.1